IN THE MATTER OF THE APPLICATION OF THE BUCKEYE PIPE LINE COMPANY.

On petition for certification to Superior Court, Appellate Division.

*Mr. Franklin W. Kielb* for the petitioner.

*Messrs. Herr & Fisher* and *Mr. Burtis S. Horner* for the respondent.

September 10, 1956.


ARTHUR HOCHBERG, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BOROUGH OF FREEHOLD, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 40 *N. J. Super.* 276.

*Messrs. Durand, Ivins & Carton* for the petitioners.

*Messrs. Clancy & Hayden, Messrs. Parsons, Labrecque, Canzona & Combs,* and *Mr. William R. Blair, Jr.,* for the respondents.